

**Ballard Spahr LLP**
1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

> **Application GRANTED.** The initial pretrial conference is **ADJOURNED** to **March 6, 2024, at 10:30 A.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 800 151 438, followed by the pound sign (#). The parties shall file the required joint status letter and proposed case management plan by **February 28, 2024.** So Ordered.
>
> Dale E. Ho
> United States District Judge
> Dated: January 29, 2024
> New York, New York

January 26, 2024

*By Electronic Filing*

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Great Bowery Inc. v. Vox Media LLC, et al.*, No. 23-CV-10726 (DEH)

Dear Judge Ho:

We represent Defendant Vox Media LLC ("Vox") in this matter. With the consent of counsel for Plaintiff Great Bowery Inc., we write on behalf of all parties pursuant to Rule 2(a) and Rule 2(e) of this Court's Individual Rules and Practices to request an adjournment of the initial pretrial conference in this matter, currently scheduled for February 7, 2024, at 3:30 P.M., and the corresponding deadline for submission of a joint letter and proposed Civil Case Management Plan and Scheduling Order, currently scheduled for January 31, 2024.

The proposed adjournment would allow the parties to continue discussions about a potential resolution. The parties have not previously requested an adjournment of this conference or deadline. The requested adjournment will not affect any other scheduled dates, and the February 7 initial pretrial conference is currently the parties' next appearance before the Court. The parties have conferred and would respectfully propose that the initial pretrial conference be adjourned to March 6, March 11, or March 13, and that the corresponding deadline for the joint letter and proposed Civil Case Management Plan and Scheduling Order be adjourned to one week prior to the initial pretrial conference.

Respectfully submitted,

Thomas B. Sullivan

cc: All counsel of record (via ECF)