# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

February 26, 2024

*By Electronic Filing*

Hon. Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Great Bowery Inc. v. Vox Media LLC, et al.*, No. 23-CV-10726 (DEH)

Dear Judge Ho:

We represent Defendant Vox Media LLC ("Vox") in this matter. We write pursuant to Rule 2(a) and Rule 2(e) of this Court's Individual Rules and Practices to request that the Court (1) adjourn the initial pretrial conference, currently scheduled for March 6, 2024 at 10:30 am, as well as the associated date for submission of a joint letter and proposed case management plan, currently February 28, 2024, and (2) extend Vox's deadline to answer or otherwise respond to the complaint, currently March 1, 2024. The proposed adjournment and extension would allow the parties to continue discussions about a potential resolution of this matter. Plaintiff's counsel has consented to these requests.

The parties have conferred and would respectfully propose that the initial pretrial conference be adjourned to April 3, April 4, or April 9, and that the deadline for the joint letter and proposed case management plan be adjourned to one week prior to the initial pretrial conference. Vox requests that the deadline for it to answer or respond to the complaint be extended to April 1, 2024

The parties previously requested an adjournment of the initial pretrial conference and Vox previously requested an extension of the deadline for it to respond to the complaint. The Court granted those requests. *See* ECF Nos. 13, 15. The March 6 initial pretrial conference is currently the parties' next appearance before the Court, and this request will not affect any other scheduled dates.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan

cc: All counsel of record (via ECF)

---

**Application GRANTED.** The initial pretrial conference is **ADJOURNED** from March 6, 2024, to **April 10, 2024, at 2:30 P.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 800 151 438, followed by the pound sign (#). The parties shall file the required joint status letter and proposed case management plan by **April 3, 2024.** Defendants' deadline to answer, move, or otherwise respond to the Complaint is **ADJOURNED** from March 1, 2024, to **April 1, 2024.** Further requests for adjournment of these deadlines will not be granted absent compelling circumstances. So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 16.

*Dale E. Ho*
Dale E. Ho
U.S. District Judge
Dated: February 27, 2024
New York, New York