UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT MEDIA INC., <br><br>                Plaintiff, <br><br>     v. <br><br>VOX MEDIA LLC, <br><br>                Defendant. | 23 Civ. 10726 (DEH) <br><br>**ORDER** |

DALE E. HO, United States District Judge:

On April 3, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for April 10, 2024.  *See* ECF. No. 20.  No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan will issue separately.

SO ORDERED.

Dated: April 4, 2024
       New York, New York

                                                DALE E. HO
                                       United States District Judge